UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMHAL TALIB ABDULLAH BEY,<br><br>    Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF<br>MASSACHUSETTS,<br><br>    Defendant. | Civil No. 24-10362-LTS |

## ORDER OF DISMISSAL

**SOROKIN, J.**

For the reasons stated in the Order dated February 21, 2024, this action is dismissed without prejudice.

                                                      ROBERT M. FARRELL
                                                      CLERK OF COURT

Dated: 02/21/2024                               By /s/ Kellyann Belmont
                                                                   Deputy Clerk